## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| TRACY JEAN PIEPER, | CASE NUMBER: 1:20-cv-01114-GSA |
|---|---|
| Plaintiff, | |
| v. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | (Doc. 2) |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X]  GRANTED

[X]  IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ]  DENIED, for the following reasons:

IT IS SO ORDERED.

Dated:  **August 17, 2020**            /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE